James G. Beirne, Esq. CSB:163755
LAW OFFICES OF JAMES G. BEIRNE
520 E. WILSON AVENUE, SUITE 110
GLENDALE, CA 91206
Tel (818) 552-4500
Fax (818) 552-2752
E-mail: bankruptcy@lawcenterca.com

Attorney for plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No. 2:09-bk-23332-EC |
|---|---|
| **CECILIA NARVAEZ PORTILLO** | Chapter 13 |
| Debtor. | Adversary No. 2:09-ap-01888-EC |
| **CECILIA NARVAEZ PORTILLO** | **PROOF OF SERVICE OF ADVERSARIAL COMPLAINT, SUMMONS AND NOTICE OF STATUS CONFERENCE.** |
| Debtor/Plaintiff, | |
| vs. | |
| **One West Bank FSB successor-in-interest of IndyMac Bank Acct. # ending 8752** | (No Hearing Required) |
| Defendant. | |

I, the undersigned, declare that I am employed in the County of Los Angeles, California. My business address is 520 East Wilson Avenue, Suite 110 Glendale, California 91206. I am over the age of eighteen years and not a party to this cause.

On August 19, 2009, I served the **PROOF OF SERVICE OF ADVERSARIAL COMPLAINT, SUMMONS AND NOTICE OF STATUS CONFERENCE,**

in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with certified postage thereon fully prepaid in the United States Mail in Glendale, California addressed as follows: **See attached service list**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 19, 2009 at Glendale, California.

_____
Ismael M. Junio
Declarant

**SERVICE LIST (Certified Mail)**

Cecilia Narvaez Portillo
18602 E. Yellowbluff Place
Rowland Heights, CA 91748

Office of the U.S. Trustee
725 S. Figueroa St., Suite 2600
Los Angeles, CA 90017

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

One West Bank, FSB
6900 Beatrice Drive
Kalamazoo, MI 49009

One West Bank
888 East Walnut Street
Pasadena, CA 91101

One West Bank
155 N. Lake Ave
Pasadena, CA 91101

IndyMac Federal Bank, FSB
155 North Lake Avenue
Pasadena, CA 91101

IndyMac Bank
PO Box 78826
Phoenix, AZ 85062

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

Agent for Service Process
Prentice-Hall Corp. System Inc.
1560 Broadway, Ste. 2090
Denver, CO 80202